UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| KAYLA GREEN, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 3:17-CV-314-CLC-DCP |
| GC SERVICES LIMITED PARTNERSHIP, a Delaware limited partnership, OWNERS RESOURCE GROUP, GC GP BUYER, LLC, a Delaware limited liability company, | ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is an Unopposed Second Motion for Continuance of Scheduling Conference [Doc. 24]. In their Motion, Defendants request a continuance of the March 15, 2018 Scheduling Conference. Defendants explain that their lead counsel, Attorney William Helfand, is currently scheduled to attend the Claims and Litigation Management Conference from March 14 to March 16, 2018, in Houston, Texas. Further, Defendants state that the parties have agreed to proceed before the undersigned in Knoxville, Tennessee, for the Scheduling Conference. Defendants represent that the parties are available on March 26, 2018, or March 27, 2018.

Accordingly, for good cause shown, the Unopposed Second Motion for Continuance of Scheduling Conference [**Doc. 24**] is **GRANTED**. The parties **SHALL** appear before the

undersigned in Knoxville, Tennessee, at the United States District Courthouse (Courtroom 3B) on **March 26, 2018, at 1:30 p.m.**, for a Scheduling Conference.

**IT IS SO ORDERED**.

ENTER:

Debra C. Poplin
United States Magistrate Judge